**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALISHA WALKER,

    Plaintiff,

v.                                                  Case No. 09-11854
                                                   Hon. Lawrence P. Zatkoff

CITY OF DETROIT and
VICTOR HICKS,

    Defendants.
_____/

**ORDER TO REMAND IN PART**

      Plaintiff filed her complaint in the Wayne County Circuit Court. Defendant City of Detroit timely removed the action to this Court on May 14, 2009, based on federal-question jurisdiction under 28 U.S.C. § 1331. Plaintiff's complaint contains the following four counts:

      Count I        Gross Negligence; Intentional, Willful, and Wanton Misconduct

      Count II       Excessive Force—42 U.S.C. § 1983

      Count III      Assault and Battery

      Count IV     Deprivation of Civil Rights (Defendant City of Detroit)—42 U.S.C. § 1983

      The Court has subject-matter jurisdiction over Counts II and IV because they arise under federal law. 28 U.S.C. § 1331. Counts I and III, however, are based on state law. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *Id.* § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claims for relief will result in the undue confusion of the jury. *See id.*;

*see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state-law claims (Counts I and III) are hereby REMANDED to the Wayne County Circuit Court. The Court retains jurisdiction over Plaintiff's federal claims (Counts II and IV).

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 8, 2009.

S/Marie E. Verlinde
Case Manager
(810) 984-3290